IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ERIC WELCH**
**#10444-089**
                Petitioner,

vs.                               CIVIL NO. 17-cv-478-DRH

**WILLIAM TRUE**

                Respondent.

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

This action came before the Court, District Judge David R. Herndon, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Petitioner and **IN FAVOR OF** Respondent. Petitioner shall recover nothing, and the action is **DISMISSED with prejudice**.

        **DATED**: June 16, 2017

                                        JUSTINE FLANAGAN, ACTING CLERK

                                        By: s/ Tanya Kelley
                                              Deputy Clerk

Digitally signed by
Judge David R. Herndon
Date: 2017.06.16
11:58:30 -05'00'

APPROVED: _____
                    DAVID R. HERNDON
                    United States District Judge